UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICARDO C. WHEATLEY, JR., | Case No. 1:20-cv-00481-JLT (PC) |
|---|---|
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO REFILE FIRST AMENDED COMPLAINT** |
| v. | |
| SERGEANT D. DOMINGUEZ, et al., | 21-DAY DEADLINE |
| Defendants. | |

In response to this Court's first screening order, Plaintiff filed a first amended complaint. (Doc. 11.) The document is missing pages 2 and 3. Without these pages, the Court is unable to screen the first amended complaint properly. Therefore, the Court ORDERS Plaintiff to file a complete copy of his first amended complaint **within 21** days of the date of service of this order.

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

Dated: **June 17, 2021**  /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE