UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO C. WHEATLEY, JR., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>SERGEANT D. DOMINGUEZ, et al., <br><br>　　　　　　Defendants. | Case No. 1:20-cv-00481-JLT (PC) <br><br>**ORDER TO SHOW CAUSE** <br><br>21-DAY DEADLINE |

On June 17, 2021, this Court issued an order requiring Plaintiff to refile the first amended complaint because the document is missing pages 2 and 3l Under these circumstances, the Court is unable to screen the first amended complaint properly. Therefore, within 21 days from the date of service of this order, the Plaintiff SHALL show cause in writing why this case should not be dismissed for failure to obey a court order. Alternatively, Plaintiff may file a complete copy of his first amended complaint **within 21** days of the date of service of this order.

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

　　Dated: __**July 12, 2021**__　　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE