UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO WHEATLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> SERGEANT D. DOMINGUEZ, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00481-CDB (PC) <br><br> ORDER GRANTING DEFENDANTS' FIRST *EX PARTE* REQUEST FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT <br><br> (Doc 27) |

Plaintiff Ricardo Wheatley, Jr., is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On August 18, 2023, after screening Plaintiff's second amended complaint (SAC) and finding cognizable claims, the Court ordered service on Defendants.  (Doc. 23).  Defendants filed their waiver of service on October 19, 2023, yielding their deadline to respond to the SAC on November 20, 2023. (Doc. 26).

Pending before the Court is Defendants' request for 30-day extension of time within which to respond to the SAC.  (Doc. 27).  In support of the request, counsel for Defendants declares she recently was assigned to the case (which the Court notices was *after* Defendants filed a notice of intent to waive service, *see* Doc. 25). Counsel declares that she has begun a review of the case materials but requires additional time prior to responding to the SAC to continue review of case materials, to research potential defenses, and to file a responsive pleading. *Id.*

1 | Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that Defendants' *ex parte* motion for an extension of time to respond to the SAC (Doc. 27) is **GRANTED**. Defendants shall respond to the SAC by **December 20, 2023**.

IT IS SO ORDERED.

Dated:   **November 16, 2023**                    _____
                                                              UNITED STATES MAGISTRATE JUDGE