UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO WHEATLEY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT D. DOMINGUEZ, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00481-CDB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND *EX PARTE* REQUEST FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT <u>AS MODIFIED</u><br><br>(Doc 29) |

  Plaintiff Ricardo Wheatley, Jr., is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On August 18, 2023, after screening Plaintiff's second amended complaint (SAC) and finding cognizable claims, the Court ordered service on Defendants. (Doc. 23). Defendants filed their waiver of service on October 19, 2023, yielding their deadline to respond to the SAC on November 20, 2023. (Doc. 26).

  On November 15, 2023, Defendants filed a request for 30-day extension of time within which to respond to the SAC. (Doc. 27). In support of the request, counsel for Defendants declared she was assigned to the case on September 28, 2023. Counsel declared that she had begun a review of the case materials but required additional time prior to responding to the SAC to continue review of case materials, to research potential defenses, and to file a responsive pleading. *Id.* For those reasons, the Court found good cause and granted the request. (Doc. 28).

  Now pending before the Court is Defendants' second request for an additional 30-day

extension of time within which to respond to the SAC. (Doc. 29). The sole grounds advanced by counsel for Defendants for a further extension of time is that the "press of other business has prevented me from completing my full investigation into this matter and preparing a responsive pleading." *Id.* ¶ 6. Counsel sets forth the other business to which she attended in four separate cases. *Id.* All of the cited litigation deadlines have passed and counsel cites no matters competing for her attention after December 15, 2023.

Defendants' *ex parte* request was filed the day before their response to the SAC was due. In the Eastern District of California, requests for extensions of time are governed by Local Rule 144, which requires counsel to seek to obtain a necessary extension from the Court "as soon as the need for an extension becomes apparent." L.R. 144(d). Based on counsel's declaration, it should have become apparent before the day preceding the deadline to file Defendants' response to the SAC that an extension was required.

Based on the forgoing, the Court finds good cause to grant a 21-day extension.

Accordingly, for good cause shown, **IT IS HEREBY ORDERED** that Defendants' *ex parte* motion for an extension of time to respond to the SAC (Doc. 29) is **GRANTED IN PART**. Defendants shall respond to the SAC by **January 10, 2024**.

IT IS SO ORDERED.

Dated:  **December 20, 2023**

UNITED STATES MAGISTRATE JUDGE