UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO WHEATLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>D. DOMINGUEZ, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-00481-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 49)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A 90-DAY EXTENSION OF TIME WITHIN WHICH TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 50) |

Plaintiff Ricardo Wheatley is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.    BACKGROUND**

On February 28, 2025, Defendants filed a motion for summary judgment. (Doc. 46.)

When more than 21 days passed and Plaintiff failed to file an opposition or statement of non-opposition to Defendants' motion, the Court issued its Order to Show Cause (OSC), directing Plaintiff to respond in writing, within 14 days, to explain his failure to comply with the Federal Rules of Civil Procedure and this Court's Local Rules concerning his response. (Doc. 49.) Alternatively, Plaintiff was advised he could file an opposition or statement of non-opposition to Defendants' motion within that same period. (*Id*. at 3.)

On April 17, 2025, Plaintiff filed a one-page untitled document in response to the OSC. (Doc. 50.) Plaintiff states he "wrote the attorney general a week ago" concerning the statewide lockdown in effect. Plaintiff states he is in the "EOP program mental health" and is "allowed to be on [lockdown] for 2 weeks with one day up then placed back on the 2 weeks." Further, Plaintiff indicates that because the only "movement" is "medical," he is unable to perform legal work or respond to Defendants' summary judgment motion. He seeks "a 90 day [extension] or if not a 60 day[]" extension within which to file an opposition, noting he does not "know when this will end."

## II.   DISCUSSION

The Court finds good cause to grant an extension of time. Plaintiff will be directed to file an opposition to Defendants' summary judgment motion no later than July 18, 2025. No further extensions of time will be granted absent a showing of extraordinary circumstances. At a minimum, to establish further good cause, Plaintiff would need to state the amount of progress made in preparing an opposition, whether he has sought Preferred Legal User status for greater law library access, and/or explain how he has used the law library paging system to prepare an opposition to Defendants' pending motion.

## III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. Plaintiff's request for an extension of time (Doc. 50) is **GRANTED**; and
2. Plaintiff **SHALL** file an opposition to Defendants' motion for summary judgment **no later than July 18, 2025**. No further extensions of time will be granted absent a showing of extraordinary good cause.

**Any failure by Plaintiff to timely comply with this Order may result in a recommendation that this action be dismissed for a failure to comply / failure to prosecute**.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

UNITED STATES MAGISTRATE JUDGE